# Return

| Case No: 18-MJ-02751 | Date and time warrant served on provider: October 19, 2018 at approximately 1:00 pm |
|---|---|

**Inventory made in the presence of:** SA Garrett Fraser

**Inventory of data seized:**
[Please provide a description of the information produced.]

- The user account was deleted.
- IP address log
- Google Account ID number
- Account creation/deletion dates
- Types of services

## Certification

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 11/01/2018

*Executing officer's signature*
Garrett Fraser, Special Agent
*Printed name and title*